**FILED**
November 18, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: CM
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MEGAN NAVARRO, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | 5:26-CV-06409-MA-HJB |
| | § | |
| SAN ANTONIO METROPOLITAN MINISTRIES, INC., and SEEKING HR, LLC, | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court previously referred Plaintiff Megan Navarro's Application to Proceed *In Forma Pauperis*[1] to United States Magistrate Judge Henry J. Bemporad for a Report and Recommendation (R&R).[2] Judge Bemporad has now issued that R&R recommending that Plaintiff's application to proceed in forma pauperis be granted.[3] Judge Bemporad further recommended that Plaintiff's disability-discrimination, failure-to-accommodate, and tortious-interference claims be dismissed without prejudice, and that only Plaintiff's retaliation and negligent-retention claims against Defendant San Antonio Metropolitan Ministries, Inc. be allowed to proceed.[4] Within the fourteen-day objection period, Plaintiff has filed objections[5] to the R&R.[6]

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed de novo the R&R to which objections were properly made; and those portions to which no objections were made to determine whether they are clearly erroneous or contrary to law. Finding no error, the Court hereby **ADOPTS IN WHOLE** Judge Bemporad's Report and

---

[1] Dkt. No. 8.
[2] Dkt. No. 10.
[3] Dkt. No. 14.
[4] Dkt. No. 14.
[5] Dkt. No. 19.
[6] *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

Recommendation.[7] Accordingly, Plaintiff's Application to Proceed *In Forma Pauperis*[8] is **GRANTED**. Plaintiff's claims of disability discrimination and failure-to-accommodate claims against Defendant San Antonio Metropolitan Ministries, Inc., as well as her claim of tortious interference with an employment relationship against Defendant Seeking HR, LLC, are **DISMISSED WITHOUT PREJUDICE**. This case shall proceed on Plaintiff's retaliation and negligent-retention claims against Defendant San Antonio Metropolitan Ministries, Inc.

Contemporaneous with the filing of her written objections, Plaintiff requested that the Court afford her fourteen (14) days following the Court's ruling on the R&R "to file [a] Motion for Leave and consolidated Amended Complaint curing the deficiencies identified in the Report and Recommendation."[9] "Generally a district court errs in dismissing a *pro se* complaint for failure to state a claim . . . without giving the plaintiff an opportunity to amend."[10]The Court finds that the interests of justice favor providing Plaintiff with an opportunity to attempt to cure the deficiencies identified in her pleading and accordingly **GRANTS** Plaintiff's request.[11] Plaintiff may file a motion seeking leave to amend her operative pleading **no later than December 1, 2026.**

IT IS SO ORDERED.

DONE this 17th day of November, 2026, in San Antonio, Texas.



MICAELA ALVAREZ
SENIOR UNITED STATES DISTRICT JUDGE

[7] Dkt. No. 14.
[8] Dkt. No. 8.
[9] Dkt. No. 19, at 5.
[10] *Bazrowx v. Scott*, 136 F.3d 1053, 1054 (5th Cir. 1998).
[11] Dkt. No. 19.